

| | | | |
|---|---|---|---|
| Com. v. Bachner .................... | 1098 WDA 2015<br>Affirmed | 06/15/2016 | CP–02–CR–0009837–<br>2012<br>(Allegheny) |
| Com. v. Leak ....................... | 411 EDA 2015<br>Affirmed | 06/16/2016 | CP–51–CR–0801371–<br>2006<br>(Philadelphia) |
| Com. v. Beaver ..................... | 1361 EDA 2015<br>Affirmed | 06/16/2016 | CP–51–CR–1302386–<br>2006<br>(Philadelphia) |
| Com. v. Plummer ................... | 1424 EDA 2015<br>Affirmed | 06/16/2016 | CP–51–CR–0003689–<br>2014<br>CP–51–CR–0003690–<br>2014<br>CP–51–CR–0015155–<br>2013<br>(Philadelphia) |
| Mortgage Investment, LLC v. Basil ..... | 1921 EDA 2015<br>Affirmed | 06/16/2016 | February Term, 2015,<br>No. 00315<br>February Term, 2015,<br>No. 00352<br>(Philadelphia) |
| Com. v. Smith ...................... | 2325 EDA 2015<br>Quashed | 06/16/2016 | CP–51–CR–0014979–<br>2013<br>(Philadelphia) |
| Com. v. Smith ...................... | 2327 EDA 2015<br>Quashed | 06/16/2016 | CP–51–CR–0003013–<br>2013<br>(Philadelphia) |
| Com. v. Alicea ..................... | 2640 EDA 2015<br>Affirmed | 06/16/2016 | CP–51–CR–0902921–<br>1996<br>(Philadelphia) |
| Com. v. Grove ..................... | 157 EDA 2016<br>Affirmed | 06/16/2016 | CP–15–CR–0002493–<br>2010<br>(Chester) |
| Coulter v. Mahood [16] ................ | 895 MDA 2015<br>Affirmed | 06/16/2016 | 15–00481<br>(Lycoming) |
| EMC Mortgage, LLC v. Brolley ........ | 1031 MDA 2015<br>Vacated and<br>Remanded | 06/16/2016 | 2012–02985<br>(Luzerne) |
| Linde v. Linde ..................... | 1076 MDA 2015<br>Affirmed and<br>Remanded | 06/16/2016 | 2014–11830<br>Luzerne |
| Com. v. Hainley .................... | 1202 MDA 2015<br>Affirmed | 06/16/2016 | CP–38–CR–0001662–<br>2010<br>(Lebanon) |
| Honis v. Giant Food Stores, LLC. ...... | 1245 MDA 2015<br>Affirmed | 06/16/2016 | 9603–2012<br>(Luzerne) |
| Caba v. The Horse Soldier, LLC ........ | 1263 MDA 2015<br>Vacated and<br>Remanded | 06/16/2016 | 2013–2638<br>(Cumberland) |

16. Petition for reargument denied July 28, 2016.